UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TANJA BENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00118-CEA-SKL |
| | ) |
| BLUECROSS BLUESHIELD OF | ) |
| TENNESSEE, INC., | ) |
| | ) |
| Defendant. | ) |

## RESPONSE TO MOTION FOR PROTECTIVE ORDER

Plaintiff, through her counsel, responds to Defendant's motion for protective order (Doc. 17). At the time Defendant filed its motion for protective order, Plaintiff understood that the <u>only</u> problem with scheduling witness depositions in December was the availability of Attorney Bob Boston, one of Defendant's counsel. After Plaintiff provide several additional December dates for depositions, Defendant's co-counsel, Josh Wood, advised Plaintiff late yesterday that none of the ten December dates proposed (original dates or new dates) would work for the witnesses.

In light of this new information – that the <u>witnesses</u> are not available for *any* proposed dates in December – Plaintiff has agreed to schedule the witness depositions in January. Therefore, Defendant's motion is now moot.

Respectfully submitted,

**MIKEL & HAMILL PLLC**

By: s/ *Doug S. Hamill*
Doug S. Hamill, BPR No. 022825
Attorney for Plaintiff
620 Lindsay Street, Suite 200
Chattanooga, TN 37403
(423) 541-5400
dhamill@mhemploymentlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the 11th day of November, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                   By:   s/ *Doug S. Hamill*