UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TANJA BENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00118-CEA-SKL |
| | ) |
| BLUECROSS BLUESHIELD OF | ) |
| TENNESSEE, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO COMPEL DISCOVERY

Comes Plaintiff, pursuant to Rule 37(a)(3)(A)-(B) of the Federal Rules of Civil Procedure, and requests an Order compelling Defendant to make proper initial disclosures under Rule 26(a)(1), to provide a sworn verification for interrogatories, and to produce relevant documents. Pursuant to Rule 37(a)(5), Plaintiff seeks attorney fees incurred in the filing of this motion.

The undersigned counsel for Plaintiff certifies that he has in good faith conferred with counsel for Defendant on multiple occasions in an attempt to secure the requested discovery information prior to seeking this Court's intervention. Plaintiff invites the Court to review her supporting memorandum of law, which is being filed contemporaneously herewith.

        Respectfully submitted,

        **MIKEL & HAMILL PLLC**

        By: s/ *Doug S. Hamill*
            Doug S. Hamill, BPR No. 022825
            Attorney for Plaintiff
            620 Lindsay Street, Suite 200
            Chattanooga, TN 37403
            (423) 541-5400
            dhamill@mhemploymentlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the 21st day of November, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                              By:   s/ *Doug S. Hamill*