**Doug Hamill**

EXHIBIT 7

**From:** "Cordell, Brooke" <Heather_Cordell@bcbst.com>
**Date:** November 9, 2021 at 3:32:39 PM EST
**To:** Tanja Rapus Benton <trapus@hotmail.com>
**Subject: RE: BCBST Job Req 28262**

Unfortunately all positions require the vax now.


Brooke Cordell | BlueCross BlueShield of Tennessee
Principal Recruiter
p. 423.535.5787 | brooke_cordell@bcbst.com


-----Original Message-----
From: Tanja Rapus Benton <trapus@hotmail.com>
Sent: Tuesday, November 9, 2021 3:09 PM
To: Cordell, Brooke <Heather_Cordell@bcbst.com>
Subject: BCBST Job Req 28262

Hi. This is Tanja Benton. I applied for this job internally. Is it exempt from the vaccine mandate?

Thanks,
Tanja Rapus Benton

Sent from my iPhone
Please see the following link for the BlueCross BlueShield of Tennessee E-mail disclaimer:
https://www.bcbst.com/about/our-company/corporate-governance/privacy-security/email-policy.page