UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TANJA BENTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-00118-CEA-SKL ) |
| BLUECROSS BLUESHIELD OF TENNESSEE, INC., | ) ) ) ) |
| Defendant. | ) |

**JOINT NOTICE REGARDING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

The parties, through their undersigned counsel, jointly notify the Court that they have fully resolved all remaining issues regarding Plaintiff's motion to compel discovery [Doc. 19]. After conferring by email and later by telephone, pursuant to the Court's Order [Doc. 24], the parties fully resolved all discovery issues raised in Plaintiff's motion. Therefore, Plaintiff's motion is now moot, and there is no longer a need for further briefing or a hearing on this matter.

Respectfully submitted,

**MIKEL & HAMILL PLLC**

By: s/ *Doug S. Hamill*
Doug S. Hamill (BPR No. 022825)
620 Lindsay Street, Suite 200
Chattanooga, TN 37403
(423) 541-5400
dhamill@mhemploymentlaw.com

*Counsel for Plaintiff*

**WALLER LANSDEN DORTCH & DAVIS, LLP**

By: *s/ Josh T. Wood*
Robert E. Boston (BPR No. 009744)
Joshua T. Wood (BPR No. 035395)
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
bob.boston@wallerlaw.com
joshua.wood@wallerlaw.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

By: *s/ Doug S. Hamill*