UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| TANJA BENTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:22-cv-00118-CEA-SKL |
| BLUECROSS BLUESHIELD OF TENNESSEE, INC., | ) ) ) ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is Plaintiff Tanja Benton's Motion to Compel Discovery [Doc. 19] and the parties' Joint Notice advising that, following good faith conferral, all discovery issues contained in Plaintiff's motion to compel have been "fully resolved." [Doc. 25]. Accordingly, Plaintiff's Motion to Compel Discovery [Doc. 19] is **DENIED AS MOOT** and the hearing scheduled for December 21, 2022 is **CANCELLED**.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE