UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TANJA BENTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00118-CEA-SKL |
| | ) |
| BLUECROSS BLUESHIELD OF | ) |
| TENNESSEE, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Comes Plaintiff, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves the Court for judgment in her favor as a matter of law, there being no genuine issues of material fact in dispute. Specifically, based upon the undisputed facts, Plaintiff establishes a prima facie case for religious discrimination under both Title VII of the Civil Rights Act of 1964 and the Tennessee Human Rights Act. Additionally, Defendant cannot carry its burden of proving that granting Plaintiff's religious accommodation request constituted an undue hardship under the standard recently clarified by the U.S. Supreme Court in *Groff v. DeJoy*, 600 U.S. 447, 470 (2023) – that is, "an employer must show that the burden of granting an accommodation would result in substantial increased costs in relation to the conduct of its particular business." Defendant cannot meet this heightened standard. Therefore, Plaintiff is entitled to judgment as a matter of law in her favor.

Plaintiff invites the Court to review the exhibits attached to this motion and supporting memorandum of law, which is being filed contemporaneously herewith.

Respectfully submitted,

**MIKEL & HAMILL PLLC**

By: s/ *Doug S. Hamill*
Doug S. Hamill, BPR No. 022825
Attorney for Plaintiff
620 Lindsay Street, Suite 200
Chattanooga, TN 37403
(423) 541-5400
dhamill@mhemploymentlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

By: s/ *Doug S. Hamill*