UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| TANJA BENTON, | ) |  |
|---|---|---|
|  | ) |  |
| *Plaintiff*, | ) |  |
|  | ) | Case No. 1:22-cv-118 |
| v. | ) |  |
|  | ) | Judge Atchley |
| BLUECROSS BLUESHIELD OF | ) |  |
| TENNESSEE, INC., | ) | Magistrate Judge Lee |
|  | ) |  |
| *Defendant*. | ) |  |

## ORDER

The Final Pretrial Conference in this matter was held on June 10, 2024. At the conference, the Court elicited discussion from the parties as to the outstanding Motions in Limine [Docs. 52, 53, 54, 55, 56, 57, 58 & 59] and Plaintiff's Objection to part of Defendant's Pretrial Disclosure. [Doc. 51]. Additionally, the Court has reviewed record filings from the parties pertaining to these issues. [Docs. 60, 61, 62, 63, 64, 66, 67 & 68].

Based on the foregoing, Plaintiff's Motions in Limine Nos. 1 & 2 [Docs. 52 & 53] are **GRANTED** as unopposed. Additionally, based on the argument and discussions at the Final Pretrial Conference, the Court believes the parties agree that Defendant's Motions in Limine Nos. 3 & 5 [Docs. 57 & 59] are moot. Accordingly, those motions are **DENIED AS MOOT**.

At the Final Pretrial Conference, the Court informed the parties that it had taken the arguments as to the remaining Motions in Limine[1] under advisement and would defer ruling on them at that time.

---

[1] At a minimum, the Court believes Defendant's Motion in Limine No. 2 [Doc. 56] will be resolved by finalization of the jury instructions.

**SO ORDERED.**

/s/*Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.
UNITED STATES DISTRICT JUDGE**