U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

MINUTES - CIVIL TRIAL ☑ Jury ☐ Non-Jury   1st Day (1st, 2nd, etc.)   CASE NO.: 1:22-cv-118

STYLE: Tanja Benton vs. Blue Cross Blue Shield of TN, Inc.

PRESENT: Honorable Charles E. Atchley, Jr. ☑ U.S. District Judge ☐ U.S. Magistrate Judge

Attorney(s) for Plaintiff(s): Doug Hamill

Attorney(s) for Defendant(s): Robert Boston; Josh Wood; David Zeitlin

Deputy Clerk: Courtney Camp   Court Reporter: Stephanie Fernandez

PROCEEDINGS:

☑ JURY selected and sworn. Jurors present 24 / Seated 8 / Challenged 5 / Excused 5 / Not used 6
(See attached list)

☑ Opening Statements ☑ Rule Requested ☑ Witness sworn (Witnesses listed on "Exhibit & Witness List")

☑ Introduction of evidence for pltf. ☑ begun ☐ resumed ☐ concluded

☐ Deft.'s MOTION: _____ ☐ GRANTED ☐ DENIED

☐ Introduction of evidence for deft. ☐ begun ☐ resumed ☐ concluded

☐ Deft.'s RENEWED MOTION: _____ ☐ GRANTED ☐ DENIED

☐ Rebuttal evidence ☐ Surrebuttal evidence ☐ Charge conference ☐ Argument of counsel ☐ Charge of Court

☐ Jury retired to deliberate at _____ Jury returned at _____

☐ JURY VERDICT: _____

☐ Jury polled ☐ Polling waived

☐ JUDGMENT BY COURT: _____

☐ Case taken under advisement ☐ Mistrial declared

☐ EXHIBITS: ☐ in vault ☐ in file ☐ taken by court ☐ returned to attys (OBTAIN SIGNED RECEIPT)

☐ TRIAL CONTINUED UNTIL: 6/26/24, 9am

OTHER PROCEEDINGS:

Time 9:00 to 10:45   Time 11:00 to 12:02   Time 1:15 to 3:23
Time 3:33 to 5:30   Time ___ to ___   Time ___ to ___   Date 6/25/2024