UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

TANJA BENTON,                                    )
                                                 )
    *Plaintiff*,                             )
                                                 )   Case No. 1:22-cv-118
v.                                               )
                                                 )   Judge Atchley
BLUECROSS BLUESHIELD OF                          )
TENNESSEE, INC.,                                 )   Magistrate Judge Lee
                                                 )
    *Defendant*.                             )

## **VERDICT FORM**

We, the jury, unanimously answer the following questions.

1. Has the plaintiff Tanja Benton proven by a preponderance of the evidence that her refusal to receive the Covid vaccination was based upon a sincerely held religious belief?

    __✓__ YES      _____ NO

*If you answered "YES", please proceed to the next question. If you answered "NO", then your deliberations are at an end. Please have the foreperson sign and date this form and return it to the court officer.*

2. Has the defendant BlueCross BlueShield of Tennessee proven by a preponderance of the evidence that it offered a reasonable accommodation to the plaintiff?

    _____ YES      __✓__ NO

*If you answered "YES", then your deliberations are at an end. Please have the foreperson sign and date this form and return it to the court officer. If you answered "NO", please proceed to the next question.*

3. Has the defendant BlueCross BlueShield of Tennessee proven by a preponderance of the evidence that it could not reasonably accommodate the plaintiff's religious beliefs without undue hardship?

    _____ YES      ✓ NO

*If you answered "YES", then your deliberations are at an end. Please have the foreperson sign and date this form and return it to the court officer. If you answered "NO", please proceed to the next question.*

4. Under the law as given to us in the Court's instructions, we award the following damages to the plaintiff Tanja Benton:

    Back pay damages:      $ 177,240.00

    Compensatory damages:      $ 10,000.00

5. If you awarded damages of any type in response to Question 4, do you find that the plaintiff Tanja Benton has proven by a preponderance of the evidence that she is entitled to punitive damages?

     ✓ YES      _____ NO

Sign and date below and alert the Courtroom Deputy that you have reached a verdict.

███████████████████
Jury Foreperson (Print Name)

███████████████████
Jury Foreperson (Signature)

06/27/2024
Date

2