UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TANJA BENTON, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Case No. 1:22-cv-118 |
| v. | ) |
| | ) Judge Atchley |
| BLUECROSS BLUESHIELD OF | ) |
| TENNESSEE, INC., | ) Magistrate Judge Lee |
| | ) |
| *Defendant.* | ) |

## VERDICT FORM FOR PUNITIVE DAMAGES PHASE

We, the jury, unanimously answer the following questions.

1. What amount of punitive damages, if any, do you award the Plaintiff?

    $ 500,000.00

Sign and date below and alert the Courtroom Deputy that you have reached a verdict.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Jury Foreperson (Print Name)

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Jury Foreperson (Signature)

06/27/2024
Date